UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 14-cv-81484-DLB

ROBERT GULISANO, MICHELLE
SACHNIN and MILAGROS YAGODA,

    Plaintiffs,

vs.

SAFEHANDS, LLC, JAY E. REUBENS,
and CHARLES LECHASNEY a/k/a
CHARLES LECHESNEY,

    Defendants.
_____/

## PLAINTIFFS' WITNESS LIST

Plaintiffs, Robert Gulisano, Michelle Sachnin and Milagros Yagoda, by and through their undersigned counsel and pursuant to the Court's Order Granting Agreed Motion to Continue Pretrial Deadlines and Trial (DE#40), hereby file their list of the following witness who may be called at trial:

1. Plaintiff, Robert Gulisano, c/o Plaintiff's counsel.

2. Plaintiff, Michelle Sachnin, c/o Plaintiff's counsel.

3. Plaintiff, Milagros Santiago, c/o Plaintiff's counsel.

4. Defendant, Charles Lachesney, 1140 Glenwood Court, Weston, Florida 33326.

5. Records Custodian, ADP, LLC, ADP Boulevard, Mail Stop 325, Roseland, NJ 07068.

6. Records Custodian and Corporate Representative, Defendant, SafeHands, LLC, c/o Defendant's counsel.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by cm/ecf on Charles Merrill Eiss, Esq. and Lindsay Marie Massillon, Esq., and by United States mail on Charles Lechasney, 1140 Glenwood Court, Weston, Florida 33326, on August 3, 2015.

    Respectfully submitted,

    HOLIDAY RUSSELL, PA.
    Attorney for Plaintiffs
    3858 Sheridan Street
    Hollywood, Florida 33021
    Telephone: 954.920.5153
    Email: hhrussell@holidayrussell.com

    By:   s/Holiday Hunt Russell
         HOLIDAY HUNT RUSSELL
         FL BAR NO.: 955914